```
                                                    Entered on Docket
                                                    March 19, 2018
                                                    EDWARD J. EMMONS, CLERK
1  Jonathan C. Cahill (SBN 287260)                  U.S. BANKRUPTCY COURT
   jcahill@aldridgepite.com                         NORTHERN DISTRICT OF CALIFORNIA
2  Joseph C. Delmotte (SBN 259460)                  Signed and Filed: March 19, 2018
   jdelmotte@aldridgepite.com
3  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
6                                                   _____
                                                    DENNIS MONTALI
7  Attorneys for Wells Fargo Bank, N.A.             U.S. Bankruptcy Judge
```



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 14-10316-DM |
| CAROL L DEL ARROYO AND MARK WILLIAM DEL ARROYO, | Chapter 13 |
| | R.S. No. RPZ - 296 |
| | **ORDER GRANTING RELIEF FROM STAY AFTER DEFAULT UNDER ADEQUATE PROTECTION ORDER** |
| Debtors. | 450 Golden Gate Ave. 16th Floor<br>San Francisco, CA 94102 |

An Order Granting Secured Creditor, Wells Fargo Bank, N.A. ("Secured Creditor"), Adequate Protection having been entered on the Court's docket on July 13, 2017, regarding the real property of Carol L Del Arroyo and Mark William Del Arroyo, ("Debtors") commonly known as 1517 Lupina Street, Napa, CA 94558, which is legally described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 47

The Debtors having defaulted on the payments required under the Order, the Court having considered the documentary evidence before it, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:**

- 1 -      CASE NO. 14-10316-DM

ORDER GRANTING RELIEF FROM STAY AFTER DEFAULT UNDER ADEQUATE PROTECTION ORDER

1) The automatic stay of 11 United States Code Section 362 is hereby terminated as it applies to the enforcement by Secured Creditor of all of its rights in the real property under the subject Note and Deed of Trust;

2) Secured Creditor is authorized to foreclose its security interest in the real property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3) Upon foreclosure, in the event Debtors fail to vacate the real property, Secured Creditor may proceed in state court for unlawful detainer pursuant to applicable state law;

4) The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived as the court entered an Order for Adequate Protection on July 13, 2017, that provides for a waiver of this stay in the event that relief from the automatic stay is granted due to a default under the terms of the Adequate Protection Order;

5) Upon entry of this Order, the Chapter 13 Trustee shall cease making any payments in regard to Movant's claim filed in this bankruptcy case;

6) Secured Creditor may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Secured Creditor may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7) This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | Mark William Del Arroyo |
| 4 | 1517 Lupina St.<br>Napa, CA 94558 |
| 5 | |
| 6 | Carol Lynette Del Arroyo<br>1517 Lupina St. |
| 7 | Napa, CA 94558 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 3 - CASE NO. 14-10316-DM

**ORDER GRANTING RELIEF FROM STAY AFTER DEFAULT UNDER ADEQUATE PROTECTION ORDER**