Entered on Docket
May 08, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 8, 2018

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Dane W. Exnowski, SBN 281996
McCalla Raymer Liebert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
BK.CA@McCalla.com

Attorney for WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Mark William Del Arroyo and Carol Lynette Del Arroyo,<br><br><br><br><br><br><br><br>Debtor. | Case No. 14-10316<br><br>Chapter 13<br><br>R.S. No. ETL-1693<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:   7/13/2017<br>Time:   9:30 A.M.<br>Place:  San Francisco Crtm 17 |

A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11 ("Movant"). A hearing on the above-referenced motion was heard on the date, time and place set forth above. For the reasons set forth on the record and in the minutes of the proceedings, the Court hereby makes its Order as follows:

**IT IS HEREBY ORDERED THAT:**

1. This Order pertains to the real property commonly known as 4452 Moffitt Drive, Napa, California 94558 ("Property").

2. The automatic stay of 11 U.S.C. § 362(a) is hereby terminated as to Debtors and Debtors' bankruptcy estate. Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law.

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

4. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Mark William Del Arroyo<br>1517 Lupina St<br>Napa, California 94558 |
| 4 | |
| 5 | |
| 6 | Carol Lynette Del Arroyo<br>1517 Lupina St<br>Napa, California 94558 |
| 7 | |